AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| John Ryan Tate Wilson )<br>*Plaintiff* )<br>v. )<br>Spartanburg County Jail, )<br>Spartanburg County Regional Hospital, )<br>*Defendant(s)* | Civil Action No. 2:19-cv-01208-RMG |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: Plaintiff, John Ryan Tate Wilson, shall take nothing of Defendants, Spartanburg County Jail, Spartanburg County Regional Hospital, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date: June 26, 2019               *ROBIN L. BLUME, CLERK OF COURT*

                                              s/H.Adaway
                                  _____
                                  *Signature of Clerk or Deputy Clerk*